AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00619 |
| JEREMY BROWN | ) Assigned to: Judge Meriweather, Robin M. |
| ▮ | ) Assign Date: 9/29/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 6, 2021  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions

This criminal complaint is based on these facts:

See attached Statement of Facts.

☐ Continued on the attached sheet.

*Complainant's signature*

Katie Hill, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  09/29/2021

*Judge's signature*

City and state:  Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*